WRIGHT, FINLAY & ZAK, LLP
Edgar C. Smith, Esq.
Nevada Bar No. 5506
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
esmith@wrightlegal.net
*Attorneys for Plaintiff, U.S. Bank, National Association, as Trustee under the Pooling and Servicing Agreement dated as of February 1, 2007, GSAMP Trust 2007-NC1, Mortgage Pass-Through Certificates, Series 2007-NC1*

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK, NATIONAL ASSOCIATION, AS TRUSTEE UNDER THE POOLING AND SERVICING AGREEMENT DATED AS OF FEBRUARY 1, 2007, GSAMP TRUST 2007-NC1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-NC1,<br><br>Plaintiff,<br><br>vs.<br><br>TRP FUND V, LLC; TROVARE HOMEOWNERS ASSOCIATION; and ABSOLUTE COLLECTION SERVICES, LLC,<br><br>Defendants. | Case No.: 2:17-cv-00515-MMD-PAL<br><br>**MOTION TO WITHDRAW PATRICK J. DAVIS, ESQ. AS ATTORNEY OF RECORD** |

EDGAR C. SMITH, ESQ. of the law firm WRIGHT, FINLAY & ZAK, LLP, hereby requests that Patrick J. Davis, Esq. be withdrawn as counsel of record in the above-referenced matter. Patrick J. Davis, Esq. is no longer employed at WRIGHT, FINLAY & ZAK LLP as of February 16, 2018, and no longer represents Plaintiff, U.S. Bank, National Association, as Trustee under the Pooling and Servicing Agreement dated as of February 1, 2007, GSAMP Trust 2007-NC1, Mortgage Pass- Through Certificates, Series 2007-NC1.

| | |
|---|---|
| 1 | The law firm of WRIGHT, FINLAY & ZAK, LLP, 7785 W. Sahara Ave., Suite 200, Las |
| 2 | Vegas, Nevada 89117, will remain as counsel of record for Plaintiff, U.S. Bank, National |
| 3 | Association, as Trustee under the Pooling and Servicing Agreement dated as of February 1, |
| 4 | 2007, GSAMP Trust 2007-NC1, Mortgage Pass- Through Certificates, Series 2007-NC1. For the |
| 5 | reason that Mr. Davis is no longer associated with the law firm of WRIGHT, FINLAY & ZAK, |
| 6 | LLP, counsel asks that this motion be granted and that Patrick J. Davis, Esq. be withdrawn as |
| 7 | counsel of record and removed from the service list. |

DATED this \_\_\_\_ day of February, 2018.

WRIGHT, FINLAY & ZAK, LLP

 */s/Edgar C. Smith, Esq.*
Edgar C. Smith, Esq.
Nevada Bar No. 5506
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
esmith@wrightlegal.net
*Attorney for Plaintiff, U.S. Bank, National Association, as Trustee under the Pooling and Servicing Agreement dated as of February 1, 2007, GSAMP Trust 2007-NC1, Mortgage Pass-Through Certificates, Series 2007-NC1*

**ORDER**

IT IS HEREBY ORDERED that the Motion to Withdraw Patrick J. Davis, Esq. as Attorney of Record is hereby granted.

IT IS SO ORDERED this 23rd day of February, 2018.

_____
UNITED STATES MAGISTRATE JUDGE