UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| U.S. BANK, NATIONAL ASSOCIATION, | Case No. 2:17-cv-00515-MMD-PAL |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| TRP FUND V, LLC, et al., | (Subst Atty – ECF Nos. 56, 57) |
| Defendant. | |

This matter is before the court on the Substitutions of Attorney (ECF Nos. 56, 57). Other than the misspelling of "Hong" in ECF No. 56, the substitutions are identical. Joseph Y. Hong of Hong & Hong seeks leave to be substituted in the place of John Henry Wright for defendant TRP Fund V, LLC. LR IA 11-6(b) provides that "[n]o attorney may withdraw after appearing in a case except by leave of the court after notice has been served on the affected client and opposing counsel." LR IA 11-6(c) provides that the signature of an attorney to substitute in a case "constitutes an express acceptance of all dates then set for pretrial proceedings, for trial or hearing, by the discovery plan, or in any court order." LR IA 11-6(d) also provides that the substitution of an attorney "shall not alone be reason for delay of pretrial proceedings, discovery, the trial, or any hearing in this case."

**IT IS ORDERED** that:

1. The Substitutions of Attorney (ECF No. 56, 57) is **GRANTED**.
2. Joseph Y. Hong of Hong & Hong is substituted in the place of John Henry Wright for defendant TRP Fund V, LLC, subject to the provisions of LR IA 11-6(b), (c) and (d).

DATED this 8th day of May, 2018.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE