WRIGHT, FINLAY & ZAK, LLP
Dana Jonathon Nitz, Esq.
Nevada Bar No. 0050
Paterno C. Jurani, Esq.
Nevada Bar No. 8136
7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117
(702) 475-7964 Fax: (702) 946-1345
pjurani@wrightlegal.net
*Attorneys for Plaintiff, U.S. Bank, National Association, as Trustee under the Pooling and Servicing Agreement dated as of February 1, 2007, GSAMP Trust 2007-NC1, Mortgage Pass-Through Certificates, Series 2007-NC1*

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK, NATIONAL ASSOCIATION, AS TRUSTEE UNDER THE POOLING AND SERVICING AGREEMENT DATED AS OF FEBRUARY 1, 2007, GSAMP TRUST 2007-NC1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-NC1, <br><br> Plaintiff, <br> vs. <br><br> TRP FUND V, LLC; TROVARE HOMEOWNERS ASSOCIATION; and ABSOLUTE COLLECTION SERVICES, LLC, <br><br> Defendants. | Case No.: 2:17-cv-00515-MMD-BNW <br><br> **EX PARTE MOTION TO REMOVE COUNSEL FROM SERVICE LIST** |

COMES NOW, Plaintiff, U.S. Bank, National Association, as Trustee under the Pooling and Servicing Agreement dated as of February 1, 2007, GSAMP Trust 2007-NC1, Mortgage Pass- Through Certificates, Series 2007-NC1 by and through its attorneys of record, Dana Jonathon Nitz, Esq. and Paterno C. Jurani, Esq. of the law firm Wright, Finlay & Zak, LLP and requests the removal of Christina V. Miller, Esq. ("Ms. Miller") from the Service List in the above-captioned matter. This case was reassigned within Wright, Finlay & Zak, LLP to Paterno C. Jurani, Esq. Subsequent filings have been made and Ms. Miller is receiving notices of the

proceedings in this case. As a result, it is no longer necessary that Ms. Miller receive notice of the ongoing proceedings.

Accordingly, the undersigned counsel requests that Christina V. Miller, Esq. be removed from the Service List in this matter.

DATED this 2nd day of December, 2019.

        WRIGHT, FINLAY & ZAK, LLP

        */s/ Paterno C. Jurani, Esq.*
        Dana Jonathon Nitz, Esq.
        Nevada Bar No. 0050
        Paterno C. Jurani, Esq.
        Nevada Bar No. 8136
        7785 W. Sahara Ave, Suite 200
        Las Vegas, NV 89117
        *Attorneys for Plaintiff, U.S. Bank, National Association, as Trustee under the Pooling and Servicing Agreement dated as of February 1, 2007, GSAMP Trust 2007-NC1, Mortgage Pass- Through Certificates, Series 2007-NC1*

**IT IS SO ORDERED**

**DATED: December 06, 2019**

_____
**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b) and Electronic Filing Procedure IV(B), I certify that on the 5th day of December, 2019, a true and correct copy of this **EX PARTE MOTION TO REMOVE COUNSEL FROM SERVICE LIST** was transmitted electronically through the Court's e-filing electronic system to the attorney(s) associated with this case as follows:

HONG & HONG
Email: yosuphonglaw@gmail.com

BOYACK ORME & ANTHONY
Email: Colli@Boyacklaw.com
Email: ted@boyacklaw.com

ABSOLUTE COLLECTION SERVICES, LLC
Email: shane@absolute-collection.com

*/s/ Faith Harris*
An Employee of WRIGHT, FINLAY & ZAK, LLP