WRIGHT, FINLAY & ZAK, LLP
Dana Jonathon Nitz, Esq.
Nevada Bar No. 0050
Paterno C. Jurani, Esq.
Nevada Bar No. 8136
7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117
(702) 475-7964 Fax: (702) 946-1345
pjurani@wrightlegal.net
*Attorneys for Plaintiff, U.S. Bank, National Association, as Trustee under the Pooling and Servicing Agreement dated as of February 1, 2007, GSAMP Trust 2007-NC1, Mortgage Pass-Through Certificates, Series 2007-NC1*

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| U.S. BANK, NATIONAL ASSOCIATION, AS TRUSTEE UNDER THE POOLING AND SERVICING AGREEMENT DATED AS OF FEBRUARY 1, 2007, GSAMP TRUST 2007-NC1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-NC1,<br><br>Plaintiff,<br>vs.<br><br>TRP FUND V, LLC; TROVARE HOMEOWNERS ASSOCIATION; and ABSOLUTE COLLECTION SERVICES, LLC,<br><br>Defendants. | Case No.: 2:17-cv-00515-MMD-BNW<br><br>**NOTICE OF DISASSOCIATION AND WITHDRAWAL OF COUNSEL** |

Plaintiff, U.S. Bank, National Association, as Trustee under the Pooling and Servicing Agreement dated as of February 1, 2007, GSAMP Trust 2007-NC1, Mortgage Pass- Through Certificates, Series 2007-NC1 (hereinafter referred to as "Plaintiff"), by and through its attorneys of record of the law firm of Wright, Finlay & Zak, LLP, hereby gives notice that Edgar C. Smith, Esq. is no longer an attorney associated with Wright, Finlay & Zak, LLP.

///

///

Wright Finlay & Zak, LLP will continue to represent Plaintiff and requests that Dana Jonathon

Nitz, Esq. and Paterno C. Jurani, Esq. receive all future notices.

DATED this 2nd day of December, 2019.

WRIGHT, FINLAY & ZAK, LLP

*/s/ Paterno C. Jurani, Esq.*
Dana Jonathon Nitz, Esq.
Nevada Bar No. 0050
Paterno C. Jurani, Esq.
Nevada Bar No. 8136
7785 W. Sahara Ave, Suite 200
Las Vegas, NV 89117
*Attorneys for Plaintiff, U.S. Bank, National Association, as Trustee under the Pooling and Servicing Agreement dated as of February 1, 2007, GSAMP Trust 2007-NC1, Mortgage Pass- Through Certificates, Series 2007-NC1*

**IT IS SO ORDERED**

**DATED: December 06, 2019**

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b) and Electronic Filing Procedure IV(B), I certify that on the 5th day of December, 2019, a true and correct copy of this **NOTICE OF DISASSOCIATION AND WITHDRAWAL OF COUNSEL** was transmitted electronically through the Court's e-filing electronic system to the attorney(s) associated with this case as follows:

HONG & HONG
Email: yosuphonglaw@gmail.com

BOYACK ORME & ANTHONY
Email: Colli@Boyacklaw.com
Email: ted@boyacklaw.com

ABSOLUTE COLLECTION SERVICES, LLC
Email: shane@absolute-collection.com

*/s/ Faith Harris*
An Employee of WRIGHT, FINLAY & ZAK, LLP